IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER GRAVES,

    Plaintiff,                                       No. CIV S-10-3106 JAM DAD PS

    vs.

HILLARY RANDOM CLINTON, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, commenced this action on November 18, 2010, by filing an application to proceed in forma pauperis together with an untitled document that has been construed as a complaint. On the same date, plaintiff filed a request to withdraw his case.

        Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is denied as moot.

        2. This action is dismissed pursuant to plaintiff's motion (Doc. No. 3) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the case shall be closed.

DATED: November 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\graves3106.voldism