1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11  PETER GRAVES,
                                    CASE NO. CIV 2:10-02970 WBS EFB
12           Plaintiff,

13       v.                                ORDER

14  ERIC HOLDER,

15           Defendant.
    _____/
16
    PETER GRAVES,
17                                  CASE NO. CIV 2:10-03015 MCE EFB
             Plaintiff,
18
         v.
19                        ORDER

20  EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION, et al.,
21
             Defendants.
22  _____/

23  PETER GRAVES,
                                    CASE NO. CIV 2:10-03106 JAM DAD
24           Plaintiff,

25       v.

26  HILLARY RODHAM CLINTON, et
    al.,
27           Defendants
    _____/
28

The court has received the Notice of Related concerning the above-captioned cases filed on March 2, 2010.  <u>See</u> Local Rule 83-123.  The court has, however, determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED:  March 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE